Entered on Docket
October 08, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed October 07, 2010

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

DANIEL W. BALLESTEROS -- BAR NO. 142003
COLLEEN B. KELLEY -- BAR NO. 238294
SBLEND A. SBLENDORIO -- BAR NO. 109056
HOGE, FENTON, JONES & APPEL, INC.
Sixty South Market Street, Suite 1400
San Jose, California 95113-2396
Phone: (408) 287-9501
Fax: (408) 287-2583

Attorneys for Plaintiff
ADRIANA FARKOUH

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA SAN JOSE

| | |
|---|---|
| In Re: | No. 10-55627 |
| JAMES M. LIQUORI, | JUDGMENT |
|     Debtor, | |
| | |
| ADRIANA FARKOUH, | Adversary No. 10-5296 |
|     Plaintiff, | |
| vs. | |
| JAMES M. LIQUORI, | |
|     Defendant. | |

Plaintiff Adriana Farkhouh filed her Complaint To Determine Dischargeability Of Debt Pursuant To 11 U.S.C. §§523(a)(2)(A), 523(a)(4) and 523(a)(6) (hereinafter "Complaint), on August 26, 2010. The parties stipulated that the following debts incurred by Defendant Liquori are based on fraud and are nondischargable debts.

JUDGMENT IS AS FOLLOWS:

Defendant Liquori's indebtedness to plaintiff, in the amount of $264,000, is a non-dischargeable debt pursuant to 11 U.S.C. § 523(a)(2)(A); (a)(4); and (a)(6).

*END OF ORDER. *

COURT'S SERVICE LIST

Adriana Farkouh

James M. Liquori, 1190 S. Bascom Avenue, #129, San Jose, CA 95128

Office of the U.S. Trustee/San Jose, 280 S. 1st Street, #268, San Jose, CA 95113