JAN 17 2018 mt

**EJ-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number)*: |
|---|
| After recording, return to:<br>Angela L. Cash, Consumer Recovery Account<br>Counsel (#230882) for the Real Estate Commissioner<br>of the State of California - Bureau of Real Estate,<br>Consumer Recovery Account Unit<br>PO Box 137007, Sacramento, CA 95813-7007<br>TEL NO.: (916) 263-8925    FAX NO. (optional): (916) 263-3760<br>E-MAIL ADDRESS *(Optional)*:<br>[ ] ATTORNEY FOR    [ ] JUDGMENT CREDITOR    [x] ASSIGNEE OF RECORD |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF US Bankruptcy Court
STREET ADDRESS: 280 South First Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME: Northern District of California

FILED
JAN 1 7 2018
CLERK
United States Bankruptcy Court
San Jose, California

FOR RECORDER'S USE ONLY

PLAINTIFF: Adriana Farkouh
DEFENDANT: James M. Liquori

CASE NUMBER:
10-55627 / AP No. 10-5296

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**    [ ] Amended

FOR COURT USE ONLY

1. The [ ] judgment creditor [x] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      
      James M. Liquori
      1190 S. Bascom Ave., #129
      San Jose, CA 95128
   
   b. Driver's license no. [last 4 digits] and state:    [x] Unknown
   c. Social security no. [last 4 digits]: 1860    [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*:
      
      James M. Liquori, 1190 S. Bascom Ave., #129, San Jose, CA 95128

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address)*:
   Real Estate Commissioner, State of California
   P.O. Box 137007
   Sacramento, CA 95813-7007

Date: 1/2/18
Angela L. Cash
(TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [x] Original abstract recorded in this county:
   Santa Clara
   a. Date: 11/05/2010
   b. Instrument No.: 20946411

▶ *(signature)*
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 264,000.00
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date)*: 10/08/2010
   b. Renewal entered on *(date)*:
9. [ ] This judgment is an installment judgment.

[SEAL — UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF CALIFORNIA]

This abstract issued on *(date)*:
JAN 17 2018

10. [ ] An [ ] execution lien [ ] attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address)*:

11. A stay of enforcement has
    a. [x] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date)*:

12. a. [x] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

Edward J. Emmons, Clerk of the Court
Clerk, by _____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

| PLAINTIFF: Adriana Farkouh | COURT CASE NO.: |
| DEFENDANT: James M. Liquori | 10-55627 / AP No. 10-5296 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

   Driver's license no. [last 4 digits] and state: ☐ Unknown
   Social security no. [last 4 digits]: ☐ Unknown
   Summons was personally served at or mailed to *(address):*

17. Name and last known address

   Driver's license no. [last 4 digits] and state: ☐ Unknown
   Social security no. [last 4 digits]: ☐ Unknown
   Summons was personally served at or mailed to *(address):*

18. Name and last known address

   Driver's license no. [last 4 digits] and state: ☐ Unknown
   Social security no. [last 4 digits]: ☐ Unknown
   Summons was personally served at or mailed to *(address):*

19. Name and last known address

   Driver's license no. [last 4 digits] and state: ☐ Unknown
   Social security no. [last 4 digits]: ☐ Unknown
   Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.